IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BRAND MARKETING GROUP, LLC *doing business as* THERMABLASTER,

        Plaintiff,

        v.

INTERTEK TESTING SERVICES NA, INC. *doing business as* INTERTEK TESTING SERVICES,

        Defendant.

12cv1572
**ELECTRONICALLY FILED**

## Order of Court

And now, this 14th day of May, 2013, upon consideration of Plaintiff's Motion for Extension of Time to Complete the Deposition of Kirk Kirchner or, in the alternative, Motion to Strike the Deposition of Kirk Kirchner (doc. no. 54), and Response, Reply and Sur-Reply thereto (doc. nos. 55, 57, and 64), and supporting documentation, it is HEREBY ORDERED that said Motion is GRANTED.  Accordingly,

(1) Plaintiff may complete the deposition of Kirk Kirchner at the time/date/place of the convenience of plaintiff's counsel, on or before June 7, 2013.

(2)  If Kirk Kirchner, or counsel for Defendant, fails to cooperate at said deposition, Defendant will be prohibited from using, in any way, said deposition at trial.

(3)  In all other respects, the Case Management/Summary Judgment Deadlines, and all Pretrial Deadlines remain in effect.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:  All Registered ECF Counsel and Parties