IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BRAND MARKETING GROUP, LLC *doing business as* THERMABLASTER,

    Plaintiff,

v.

INTERTEK TESTING SERVICES NA, INC. *doing business as* INTERTEK TESTING SERVICES

    Defendant.

12cv1572

**ELECTRONICALLY FILED**

## Order on Exhibits

And now, this 23rd day of August, after hearing argument on the parties' objections and the following exhibits,

The Court OVERRULES objections to the following:

P18
P20, limiting instructions will be given, if proposed and filed by Defendant by 4:00 pm on August 26, 2013.
P21, limiting instructions will be given, if proposed and filed by Defendant by 4:00 pm on August 26, 2013.
P35, with agreed redaction
P36, with agreed redaction
P46, with agreed redaction

The Court SUSTAINS the objection to the following:

P49

The Court notes the following objections were WITHDRAWN:

P30
D15

The Court notes that the following exhibit was withdrawn by Plaintiff:

P50

Finally, the Court will hold in abeyance a ruling on the admissibility of:

D55.

**SO ORDERED** this 23rd day of August, 2013.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:  All Registered ECF Counsel and Parties