IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


BRAND MARKETING GROUP, LLC *doing business as* THERMABLASTER,

                                                12cv1572
              Plaintiff,                        **ELECTRONICALLY FILED**

              v.

INTERTEK TESTING SERVICES NA, INC.
*doing business as* INTERTEK TESTING
SERVICES,

              Defendant.


## Order of Court

**AND NOW**, this 3rd day of September, 2013, upon consideration of Plaintiff's Motion to

Compel Disclosure of Retained Earnings (doc. no. 185) and Defendant's Response in Opposition

thereto (doc. no. 187), IT IS HEREBY ORDERED, ADJUDGED and DECREED that said

Motion is GRANTED, and Defendant shall disclose to Plaintiff the amount of Intertek Testing

Services, NA, Inc.'s retained earnings for product evaluation and certification services for the

calendar/fiscal year 2011, or if this production is too difficult for Defendant, as an alternative,

Defendant may produce financial statements for calendar/fiscal year 2011 for the entire company

of Intertek Testing Services NA, Inc..  Said disclosure shall be made by September 4, 2013 at

8:00 a.m.


                                        /s/ Arthur J. Schwab
                                        Arthur J. Schwab
                                        United States District Judge


cc: All ECF Counsel of Record