IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BRAND MARKETING GROUP, LLC *doing business as* THERMABLASTER,

    Plaintiff,

v.

INTERTEK TESTING SERVICES NA, INC. *doing business as* INTERTEK TESTING SERVICES,

    Defendant.

12cv1572

**ELECTRONICALLY FILED**

### Order on Motion for Leave to File Amended Pleadings (doc. nos. 180 and 184)

And now, this 3rd day of September, 2013, for the reasons set forth in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED that Intertek's Motion for Leave to file an Amended Answer and Counterclaim (doc.no. 180) is DENIED; and Brand's Motion for Leave to file a Third Amended Complaint (doc. no. 184) is DENIED. Doc. No. 189. Neither party, nor any witness, or counsel shall refer to the settlement agreement or the assignment of judgment during the trial.

                                                /s/ Arthur J. Schwab
                                                Arthur J. Schwab
                                                United States District Judge

cc: All ECF Counsel of Record