IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BRAND MARKETING GROUP, LLC *doing business as* THERMABLASTER,

    Plaintiff,

v.

INTERTEK TESTING SERVICES NA, INC. *doing business as* INTERTEK TESTING SERVICES

    Defendant.

12cv1572

**ELECTRONICALLY FILED**

## Verdict Slip

**I.    Plaintiff's Claim/Cause of Action**

1. Did the Defendant, Intertek Testing Services NA ("Intertek") negligently misrepresent itself to Plaintiff, Brand Marketing Group ("Brand")?

_____    _____
YES                                  NO

2. If you answered "yes" to Verdict Question No. 1, regarding liability of Intertek to Brand, please state the total amount of damages sustained by Brand, without duplicating the damages, as follows:

    a. Compensatory Damages (to compensate Brand for harm caused by Intertek pursuant to Verdict Question 1)

        (1) Past Damages - $_____
        (2) Future Damages - $_____

    b. Punitive Damages - $ _____

## II. Defendant's Three Counterclaims/Causes of Action

### A. First Counterclaim/Cause of Action

3a. Did Brand infringe upon the intellectual property trademark rights (ex. Intertek's ETL Listed Mark) of Intertek under the Lanham Act?

_____    _____
YES                        NO

3b. If you answered "yes," to Verdict Question Number 3a, answer the following question:

Was the infringement willful (meaning deliberate, fraudulent, and/or malicious)?

If you answered "no" to Question Number 3a, please do not answer Question Numbers 3b and 3c, and proceed to Question Number 4a.

_____    _____
YES                        NO

3c. If you answered "yes" to Verdict Question Number 3a, regarding liability of Brand to Intertek on the trademark infringement claims under the Lanham Act, please state the total amount of damages sustained by Intertek, without duplicating the damages, as follows:

    1. Compensatory Damages (to compensate Intertek for harm caused by Brand under Verdict Question Number 3a).

        (a) Past Damages - $_____
        (b) Future Damages - $_____

### B. Second Counterclaim/Cause of Action

4a. Did Brand fraudulently misrepresent itself to Intertek?

_____    _____
YES                        NO

4b. If you answered "yes" to Verdict Question Number 4a, regarding liability of Brand to Intertek on the fraudulent misrepresentation counterclaim, please state the amount of damages sustained by Intertek, without duplicating the damages as follows:

    1. Compensatory Damages (to compensate Intertek for harm caused by Brand under Verdict Question Number 4a).

        (a) Past Damages - $_____

    2. Punitive Damages - $ _____

### C. Third Counterclaim/Cause of Action

5a. Did Brand fraudulently conceal information from Intertek?

_____      _____
YES                                      NO

5b. If you answered "yes" to Verdict Question Number 5a, regarding liability of Brand to Intertek for fraudulently concealing information, please state the total amount of damages sustained by Intertek, without duplicating the damages, as follows:

    1. Compensatory Damages (to compensate Intertek for harm caused by Brand pursuant to Verdict Question Number 5a).

        (a) Past Damages - $ _____

    2. Punitive Damages - $ _____

SO SAID BY ALL

Dated: _____

Signed by all jurors:

_____      _____

_____      _____

_____      _____

_____      _____