# UNITED STATES DISTRICT COURT

| Western | DISTRICT OF | Pennsylvania |

BRAND MARKETING GROUP, LLC *doing business as* THERMABLASTER,

V.

INTERTEK TESTING SERVICES NA, INC. *doing business as* INTERTEK TESTING SERVICES,

## JUDGMENT IN A CIVIL CASE

Case Number:      12cv1572

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Judgment is entered in favor of Plaintiff, Brand Marketing Group, LLC. and against Defendant, Intertek Testing Services NA, Inc. in the amount of:

$ 725,000.00   -   Past Damages

$ 320,000.00   -   Future Damages

$5,000,000.00   -   Punitive Damages

Total Amount   -   $6,045,000.00

3-7-14
Date

*Linda C. Kreger*
Clerk

*Arthur J. Schwab*
Judge