IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BRAND MARKETING GROUP, LLC *doing business as* THERMABLASTER,

Plaintiff,

12cv1572
**ELECTRONICALLY FILED**

v.

INTERTEK TESTING SERVICES NA, INC. *doing business as* INTERTEK TESTING SERVICES,

Defendant.

### Order of Court on Post-Trial Motion (doc. no. 287)

AND NOW, this 20th day of May, 2014, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that:

Defendant's Post-Trial Motion (doc. no. 287) is DENIED, with the exception of its Motion for Equitable Set-Off, which the Court GRANTS.

It is further ORDERED that the parties shall meet and confer and shall file a Joint Proposed Amended Final Judgment Order including the agreed-upon amount of the Set-Off. If the parties are unable to agree, each shall file a Proposed Amended Final Judgment Order with cross-briefs not to exceed five (5) pages setting forth each party's respective position thereon. Said Joint Proposed Amended Final Judgment Order or separate Proposed Amended Final Judgment Orders and cross-briefs are due by noon on June 2, 2014.

s/ Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: All ECF Counsel of Record